GENEVIEVE RUBERTO, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal

to the Court of Appeals denied. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.